v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3007.

United States Court of Appeals, Federal Circuit.

March 11, 2005.

**Lawrence L. NEWBERRY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3008.

United States Court of Appeals, Federal Circuit.

DECIDED: March 11, 2005.

### ORDER

### ORDER

Lawrence L. Newberry moves without opposition to voluntarily dismiss his petition for review of the decision of the Merit Systems Protection Board in *Newberry v. United States Postal Serv.,* No. CH–0351–03–0589–I–1, 96 M.S.P.R. 647 (M.S.P.B. Aug.12, 2004).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.